**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**ROBERT S. MATUSZCZAK, JR.,**

               **Plaintiff,**

     **v.**                                         7:10-CV-1337
                                                    (NAM/VEB)
**COMMISSIONER OF SOCIAL SECURITY,**

               **Defendant.**
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| Conboy, McKay Law Firm<br>307 State Street<br>Carthage, NY 13619<br>Counsel for Plaintiff | Lawrence D. Hasseler, Esq. |
| Office of Regional General Counsel<br>Social Security Administration<br>Region II<br>26 Federal Plaza - Room 3904<br>New York, NY 10278<br>Counsel for Defendant | Amanda J. Lockshin, Esq. |

**NORMAN A. MORDUE, U. S. DISTRICT JUDGE**

### ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Victor E. Bianchini, duly filed on the 31st day of May 2012.  Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

     **ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Commissioner is granted judgment on the pleadings and plaintiff's motion for judgment on the pleadings is denied. The complaint is dismissed and the Clerk of the Court is directed to enter judgment accordingly.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: June 21, 2012
Syracuse, New York

_____
Honorable Norman A. Mordue
U.S. District Judge