# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Robert S. Matuszczak, Jr.**
        Plaintiff
  vs.                           **CASE NUMBER: 7:10-CV-1337 (NAM/VEB)**

**Commissioner of Social Security**
        Defendant

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendations of Magistrate Judge Victor E. Bianchini is ADOPTED in its entirety. The Commissioner's Motion for Judgment on the Pleadings is GRANTED, and Plaintiff's Motion for Judgment on the Pleadings is DENIED. Therefore the Complaint is DISMISSED this case is closed.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 21st day of June, 2012.

DATED: June 22, 2012

*[signature]*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk